JOAN JACOBS LEVIE, #179787
2014 Tulare Street, Suite 528
Fresno, California 93721
Telephone: (559)498-8155
Facsimile: (559)498-8165

Attorney for Defendant, TINA PEREZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TINA PEREZ,<br><br>    Defendant.<br>_____ | ) CASE NO.: 07-0315 OWW<br>)<br>) **WAIVER OF DEFENDANT'S PRESENCE AT**<br>) **STATUS CONFERENCE**<br>)<br>)<br>) Date:  February 25, 2008<br>) Time:  9:00 a.m.<br>) Court:  Hon. Oliver W. Wanger |

    Defendant, TINA PEREZ, hereby waives her right to be present in person in open court, on February 25, 2008, upon the hearing of any proceeding in this cause, including but not limited to status conference after appeal, arraignment, pre-trial motions, and requests for continuances, except for change of plea or trial, and imposition of sentence.

    Defendant hereby requests the Court to proceed during her absence and agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if she were personally present.  This request is made pursuant to Federal Rule of Criminal Procedure 43(c)(2) and (3).  This waiver is being made because Defendant, TINA PEREZ, wishes to attend the funeral of her cousin, Frank Zuniga, Jr., age 24, with whom she had a very close relationship and who actually resided with Ms. Perez and her mother for the first eight years of his life.  The funeral is to be held in San Jose.  Defendant resides in Atwater.

PDF created with pdfFactory trial version www.pdffactory.com

Defendant acknowledges that she has been informed of her rights under 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under the Act without the defendant being present.

<u>Tina Perez</u>
TINA PEREZ, Defendant

<u>1983 Mitchell Street</u>
Address

<u>Atwater, CA 95301</u>
City/State/Zip Code

Dated: February 22, 2008            Respectfully submitted,

LAW OFFICE OF JOAN JACOBS LEVIE

By:   <u>Joan Jacobs Levie</u>
      JOAN JACOBS LEVIE
      Attorney for Defendant
      TINA PEREZ

\* \* \* \* \*

## ORDER

**GOOD CAUSE APPEARING,** it is hereby ordered that the defendant's appearance may be waived on February 25, 2008.

DATED: February 21, 2008            BY THE COURT:


                                    /s/ OLIVER W. WANGER
                                    Oliver W. Wanger
                                    Judge of the District Court

-2-

PDF created with pdfFactory trial version www.pdffactory.com