# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**

OCT 1 0 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY 
DEPUTY CLERK

| | |
|---|---|
| United States of America vs. Tina Perez | Case No. 07-cr-315 OWW |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Tina Perez_____, have discussed with _____Jacob Scott_____, Pretrial Services Officer, modifications of my release conditions as follows:

Vacate the following condition: Participate in the following home confinement program components and abide by all the requirements of the program which will include electronic monitoring. **HOME DETENTION:** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the Pretrial Services Officer. All other conditions, not in conflict with this order, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  10-6-08        _____  10/6/08
Signature of Defendant   Date           Pretrial Services Officer  Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                   10/9/08
Signature of Assistant United States Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                   10/6/08
Signature of Defense Counsel           Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on __10/10/08__.
☐ The above modification of conditions of release is *not* ordered.

_____                   10/10/08
Signature of Judicial Officer          Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services