JOAN JACOBS LEVIE, #179787
  2014 Tulare Street, Suite 528
    Fresno, California 93721
  Telephone:  (559)498-8155
  Facsimile:  (559)498-8165

Attorney for Defendant, TINA PEREZ

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 07-0315 OWW |
| | ) |
| Plaintiff, | ) **STIPULATION TO CONTINUE CHANGE OF** |
| | ) **PLEA; ORDER.** |
| vs. | ) |
| | ) |
| TINA PEREZ, | ) SCHED. DATE:  December 15, 2008 |
| | ) REQST. DATE:  **February 2**, 2009 |
| Defendant. | ) COURT:      Hon. Oliver W. Wanger |
| _____ | ) |

IT IS HEREBY STIPULATED between the parties, by and through counsel for the government,

Kevin Rooney, and Joan Jacobs Levie, counsel for Defendant TINA PEREZ, that the date for the

change of plea/status conference, December 15, 2008 at 9:00 a.m. in the courtroom of the Hon.

Oliver W. Wanger, be continued until **February 2**, 2009 at 9:00 a.m.   The continuance is to allow

the parties to continue plea discussions and negotiations currently underway between them.

Dated: December 10, 2008                    Respectfully submitted,

                                             LAW OFFICE OF JOAN JACOBS LEVIE


                                             By:    Joan Jacobs Levie
                                                    JOAN JACOBS LEVIE
                                                    Attorney for Defendant
                                                    TINA PEREZ

* * * * *

**ORDER**

Having read the stipulation of counsel and finding good cause,

IT IS HEREBY ORDERED that the date of the sentencing proceedings will be continued

in accordance with the above stipulation of counsel.  The defendant is ordered to return to

court for further proceedings on **February 2**, 2009.

DATED:  February 10, 2008

/s/ OLIVER W. WANGER
Oliver W. Wanger
Judge of the District Court