JOAN JACOBS LEVIE, #179787
2014 Tulare Street, Suite 528
Fresno, California 93721
Telephone: (559)498-8155
Facsimile: (559)498-8165

Attorney for Defendant, TINA PEREZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 07-0315 OWW |
| Plaintiff, | **WAIVER OF DEFENDANT'S PRESENCE AT VARIOUS PROCEEDINGS** |
| vs. | |
| TINA PEREZ, | Date: March 16, 2009<br>Time: 9:00 a.m. |
| Defendant. | Court: Hon. Oliver W. Wanger |

Defendant, TINA PEREZ, hereby waives her right to be present in person in open court, on March 16, 2009, and upon the hearing of any further proceedings in this cause, including but not limited to status conferences, arraignments, pre-trial motions, and requests for continuances, except for change of plea or trial, and imposition of sentence.

Defendant hereby requests the Court to proceed during her absence and agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if she were personally present. This request is made pursuant to Federal Rule of Criminal Procedure 43(c)(2) and (3) because Ms. Perez' home in Atwater was foreclosed. She is temporarily moving to Yuba City to stay with relatives while she and her family look for a permanent residence. Travel from Yuba City to Fresno for nondispositive court hearings would impose financial and temporal hardships. Ms. Perez' place of employment is in San Jose.

Defendant acknowledges that she has been informed of her rights under 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under the Act without the defendant being present.

<u>Tina Perez</u>
TINA PEREZ, Defendant

<u>1361 Ruth Ave</u>
Address

<u>Yuba City, CA 95993</u>
City/State/Zip Code

Dated: February 27, 2009         Respectfully submitted,

LAW OFFICE OF JOAN JACOBS LEVIE

By:    <u>Joan Jacobs Levie</u>
       JOAN JACOBS LEVIE
       Attorney for Defendant
       TINA PEREZ

✻ ✻ ✻ ✻ ✻

## ORDER

**GOOD CAUSE APPEARING,** it is hereby ordered that the defendant's appearance may be waived on March 16, 2009 and at all court proceedings except change of plea and sentencing.

DATED: <u>2/26/2009</u>         BY THE COURT:

                               <u>/s/ OLIVER W WANGER</u>
                               Oliver W. Wanger
                               Judge of the District Court