# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
MAY 13 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY J. HELLINGS
DEPUTY CLERK

United States of America )
vs. ) Case No.
Tina Perez ) 07-cr-315 OWW
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Tina Perez_____, have discussed with _____Jacob Scott_____, Pretrial Services Officer, modifications of my release conditions as follows:

To include the Northern District of California in the defendant's travel condition to reads as follows: Your travel is restricted to the Eastern and the Northern Districts of California, unless otherwise approved in advance by the Pretrial Services Officer;

All other conditions, not in conflict with this order, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  4-30-09        _____  4/30/09
Signature of Defendant    Date          Pretrial Services Officer  Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                    5/11/09
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    4/30/09
Signature of Defense Counsel              Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on May 13, 2009.
[ ] The above modification of conditions of release is *not* ordered.

_____                    5/13/09
Signature of Judicial Officer             Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services