LAWRENCE G. BROWN
Acting United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 01:07-CR-00315 OWW |
|---|---|
| Plaintiff, | ) ORDER ON STIPULATION TO CONTINUE |
| | ) STATUS HEARING |
| v. | ) |
| TINA PEREZ, | ) |
| Defendant. | ) |

   The United States of America, by and through Lawrence J. Brown, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and Tina Perez, by and through her attorney, Joan Levie, have stipulated to a continuance of the status hearing in this case, currently set for June 22, 2009, to August 3, 2009, at 9:00 a.m.  The government and the defendant have requested the continuance in order to conduct additional investigation pertaining to a matter which affects the resolution of the instant case.

   THEREFORE, it appearing that the request is supported by good cause,

   IT IS HEREBY ordered that the status hearing in this case be continued until August 3, 2007 at 9:00 a.m.

///

///

1

1  IT FURTHER APPEARING that the continuance would permit the government to provide additional discovery and permit the defense to conduct further necessary investigation and adequately prepare for the hearing in this case;

IT IS HEREBY ORDERED that the time period between June 22, 2009 and August 3, 2009 be excluded from the Speedy Trial Clock as the Court finds that the ends of justice served by a continuance "outweigh the best interests of the public and the defendant in a speedy trial." See 18 U.S.C. § 3161(h)(7).

IT IS SO ORDERED.

Dated:   June 18, 2009                        /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE