**United States District Court**
EASTERN DISTRICT OF CALIFORNIA

**FILED**

JUN 25 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| vs. | ) | Case No. |
| Tina Perez | ) | 07-cr-315 OWW |
| | ) | |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Tina Perez_____, have discussed with _____Jacob Scott_____, Pretrial Services Officer, regarding removing Pretrial Services supervision and vacating the following conditions:

Report to and comply with the rules and regulations of the PSA; report in person to the PSA on the first working day following your release from custody; released to the third party custody of Alice Zuniga; reside at a residence approved by the PSO, and not move or absent yourself from this residence without the prior approval of the PSO; travel restricted to Merced/Stanislaus Counties, ND/CA; surrender/obtain no passport; refrain from excessive use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; report any prescriptions to the PSO with 48 hours; submit to drug and/or alcohol testing as directed by the PSO; participate drug and/or alcohol treatment; seek/maintain employment; no association with Carlos Sarabia Martinez.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  6-24-09       _____  6/23/09
Signature of Defendant    Date         Pretrial Services Officer  Date
Tina Perez                              Jacob Scott

I have reviewed the conditions and concur that this modification is appropriate.

_____                 _____
Signature of Assistant United States Attorney   Date
Kathy Servatius

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                 6/24/09
Signature of Defense Counsel            Date
Joan Levie

**ORDER OF THE COURT**

[X] The above modification of conditions of release is ordered, to be effective on   6/25/09
[ ] The above modification of conditions of release is *not* ordered.

_____                 6/25/09
Signature of Judicial Officer            Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services