**JOAN JACOBS LEVIE, #179787**
  2014 Tulare Street, Suite 528
    Fresno, California 93721
  Telephone:  (559)498-8155
  Facsimile:  (559)498-8165

Attorney for Defendant, TINA PEREZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 07-0315 OWW |
| | ) |
| Plaintiff, | ) **STIPULATION TO CONTINUE CHANGE OF** |
| | ) **PLEA; ORDER.** |
| vs. | ) |
| | ) |
| TINA PEREZ, | ) SCHED. DATE:  October 05, 2009 |
| | ) REQST. DATE:  October 26, 2009 |
| Defendant. | ) COURT:        Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED between the parties, by and through counsel for the government,

Kathleen Servatius, and Joan Jacobs Levie, counsel for Defendant TINA PEREZ, that the date for the

change of plea/status conference, October 05, 2009 at 10:00 a.m. in the courtroom of the Hon. Oliver

W. Wanger, be continued until October 26, 2009 at 10:00 a.m.   The continuance is to allow the

parties to perfect the terms and conditions of the anticipated plea agreement.  The defendant agrees to

exclude time for the continuance on the motion hearing pursuant to 18 U.S.C. § 3161(h)(1).

Dated: October 1, 2009                         Respectfully submitted,

                                               LAW OFFICE OF JOAN JACOBS LEVIE


                                               By:      Joan Jacobs Levie
                                                      JOAN JACOBS LEVIE
                                                     Attorney for Defendant
                                                         TINA PEREZ

-1-

PDF created with pdfFactory trial version www.pdffactory.com

✳ ✳ ✳ ✳ ✳

## ORDER

Having read the stipulation of counsel and finding good cause,

IT IS HEREBY ORDERED that the date of the sentencing proceedings will be continued

in accordance with the above stipulation of counsel.  The defendant is ordered to return to court

for further proceedings on October 26, 2009.

DATED:  October 1, 2009

/s/ OLIVER W. WANGER
Oliver W. Wanger
Judge of the District Court

-2-

PDF created with pdfFactory trial version www.pdffactory.com