BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  1:07-CR-00315   OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND ORDER |
| v. | ) | |
| TINA PEREZ, et al. | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Kathleen A. Servatius, Assistant United States Attorney for Plaintiff, Joan Jacobs Levie, Attorney for Defendant, TINA PEREZ, that the change of plea hearing currently set for Monday, March 8, 2010, at 9:00 a.m., may be continued to March 15, 2009, at 9:00  a.m.  The request for continuance is being made at the request of counsel for the Plaintiff who is actively working on compiling some of the information requested by defense counsel in anticipation of a resolution of the case.

////

////

////

////

////

1

The parties also agree that time continues to be excluded pursuant to the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) for the Court's consideration of the pre-trial motion and the parties' preparation of the case.

DATE: March 4, 2010						BENJAMIN B. WAGNER
								United States Attorney


							By	/s/   Kathleen A. Servatius
								KATHLEEN A. SERVATIUS
								Assistant U.S. Attorney


DATE: March 4, 2010					By	/s/   Joan J.  Levie
								JOAN J.  LEVIE
								Attorney for Defendant Tina Perez


### ORDER

It is hereby ordered that the hearing dated on the change of plea be continued from March 8, 2010, to March 15, 2010 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:    March 4, 2010**				      /s/ Oliver W. Wanger
								UNITED STATES DISTRICT JUDGE