**JOAN JACOBS LEVIE, #179787**
2014 Tulare Street, Suite 528
Fresno, California 93721
Telephone: (559)498-8155
Facsimile: (559)498-8165

Attorney for Defendant, TINA PEREZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 07-0315 OWW |
| Plaintiff, | ) **STIPULATION TO CONTINUE CHANGE OF PLEA; ORDER.** |
| vs. | ) |
| TINA PEREZ, | ) SCHED. DATE:  March 15, 2010 |
| | ) REQST. DATE:  March 29, 2010 |
| Defendant. | ) COURT:          Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED between the parties, by and through counsel for the government, Kathleen Servatius, and Joan Jacobs Levie, counsel for Defendant TINA PEREZ, that the date for the change of plea/status conference, March 15, 2010 at 9:00 a.m. in the courtroom of the Hon. Oliver W. Wanger, be continued until March 29, 2010 at 10:30 a.m.  The continuance is to allow the parties to perfect the terms and conditions of the anticipated plea agreement.  Defense counsel has a family emergency that presently precludes the finalization of the plea agreement.

The defendant agrees to exclude time for the continuance on the motion hearing pursuant to 18 U.S.C. § 3161(h)(1).

//

//

//

-1-

Dated: March 10, 2010                    Respectfully submitted,

     /S/  Joan Jacobs Levie
JOAN JACOBS LEVIE
Attorney for Defendant
TINA PEREZ

     /S/  Kathleen Servatius
KATHLEEN SERVATIUS
Assistant United States Attorney

✼ ✼ ✼ ✼ ✼

**ORDER**

Having read the stipulation of counsel and finding good cause,

IT IS HEREBY ORDERED that the date of the change of plea will be continued in accordance with the above stipulation of counsel.  The defendant is ordered to return to court for further proceedings on March 29, 2010 at 10:30 a.m.

DATED:  __3/10/2010_____

     /s/ OLIVER W. WANGER_____
Oliver W. Wanger
Judge of the District Court